UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 7294**

GENE RAGUSA
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CITY OF NEW YORK, RAYMOND KELLY, INDIVIDUALLY AND IN HIS CAPACITY AS COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, MICHAEL BLOOMBERG, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF THE CITY OF NEW YORK, AND NEW YORK CITY POLICE OFFICERS JOHN AND JANE DOE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☐ Yes  ☒ No
(check one)

42 U.S.C. 1983
VIOLATION OF CIVIL RIGHTS

CIVIL RIGHTS ACT OF 1964 TITLE VI DISCRIMINATION

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   GENE RAGUSA
            Street Address   741 AVENUE Y
            County, City   KINGS COUNTY  BROOKLYN, N.Y.
            State & Zip Code   NEW YORK   11235
            Telephone Number _____

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   CITY OF NEW YORK
                  Street Address   C/O NEW YORK CITY LAW DEPARTMENT
                                   100 CHURCH STREET

Rev. 05/2010

County, City NEW YORK COUNTY, NEW YORK CITY
State & Zip Code NEW YORK, 10007
Telephone Number (212) 788-0303

Defendant No. 2   Name RAYMOND KELLY, NYC POLICE COMMISSIONER
Street Address C/O NEW YORK CITY LAW DEPARTMENT 100 CHURCH STREET
County, City NEW YORK COUNTY, NEW YORK CITY
State & Zip Code NEW YORK, 10007
Telephone Number (212) 788-0303

Defendant No. 3   Name MICHAEL BLOOMBERG, NYC MAYOR
Street Address C/O NEW YORK CITY LAW DEPARTMENT 100 CHURCH STREET
County, City NEW YORK COUNTY, NEW YORK CITY
State & Zip Code NEW YORK, 10007
Telephone Number (212) 788-0303

Defendant No. 4   Name JOHN AND JANE DOE, NYC POLICE OFFICERS
Street Address C/O NEW YORK CITY LAW DEPARTMENT 100 CHURCH STREET
County, City NEW YORK COUNTY, NEW YORK CITY
State & Zip Code NEW YORK, 10007
Telephone Number (212) 788-0303

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions       ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 4th AMENDMENT TO U.S. CONSTITUTION 14th AMENDMENT TO U.S. CONSTITUTION 5th AMENDMENT TO U.S. CONSTITUTION TITLE VI OF CIVIL RIGHTS ACT OF 1964

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? WHILE DRIVING MY CAR ON AVENUE Y IN BROOKLYN, NEW YORK

B. What date and approximate time did the events giving rise to your claim(s) occur? JUNE 29, 2011 AT APPROXIMATELY 12:00 MIDNIGHT

C. Facts: PLAINTIFF WAS DRIVING HIS CAR TO HIS HOME ON AVENUE Y IN BROOKLYN WHEN HIS CAR WAS STOPPED BY PLAINCLOTHES NYC POLICE OFFICERS WITHOUT PROBABLE CAUSE OR SUSPICION THAT PLAINTIFF HAD COMMITTED A TRAFFIC OFFENSE OR A CRIMINAL OFFENSE. PLAINTIFF WAS UNLAWFULLY DETAINED AND SEARCHED AND PLAINTIFF'S CAR WAS UNLAWFULLY DETAINED AND SEARCHED IN VIOLATION OF HIS 4th, 5th, and 14th AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION AND IN VIOLATION OF TITLE VI OF THE CIVIL RIGHTS ACT OF 1964. PLAINTIFF WAS STOPPED, DETAINED, AND SEARCHED UNDER COLOR OF LAW PURSUANT TO A STOP AND FRISK PROGRAM ADMINISTERED BY THE CITY OF NEW YORK, RAYMOND KELLY, IN HIS CAPACITY AS COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, AND MICHAEL BLOOMBERG, IN HIS CAPACITY AS MAYOR OF NEW YORK CITY,

[sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

EMOTIONAL DISTRESS
INABILITY TO SLEEP
TRAUMA AND NERVOUSNESS
PARANOIA AND FEAR OF DRIVING
ANXIETY AND WEIGHT LOSS

OFFICE OF THE COMPTROLLER CITY OF NEW YORK
NOTICE OF CLAIM

**CLAIMANT INFORMATION**

CLAIMANT'S NAME: GENE RAGUSA  TEL. #: 718 775-4282

STREET   ADDRESS: 741 AVENUE Y

CITY: BROOKLYN   STATE: NEW YORK   ZIP: 11235

SOC. SEC. # or TAX I.D. #: 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

**CLAIM INFORMATION**

CITY AGENCY INVOLVED: NEW YORK POLICE DEPARTMENT

NATURE OF CLAIM: (ATTACH ADDITIONAL SHEET(S) OF PAPER, IF NECESSARY)

AT MIDNIGHT ON JUNE 29, 2011 CLAIMANT WAS DRIVING TO HIS HOME ON AVENUE Y IN BROOKLYN, N.Y. WHEN HIS CAR WAS STOPPED AND SEARCHED BY PLAINCLOTHES POLICE OFFICERS WITHOUT PROBABLE CAUSE. CLAIMANT DID NOT COMMIT A TRAFFIC OFFENSE OR A CRIMINAL OFFENSE. CLAIMANT WAS UNLAWFULLY DETAINED AND SEARCHED AND CLAIMANT'S CAR WAS UNLAWFULLY DETAINED AND SEARCHED IN VIOLATION OF HIS CONSTITUTIONAL RIGHTS

TOTAL AMOUNT CLAIMED: $350,000 (4th)(5th) and (14th) AMENDMENTS TO UNITED STATES Constitution)

IF MORE THAN ONE ITEM IS INCLUDED IN THE TOTAL AMOUNT CLAIMED, SUPPLY BREAKDOWN OF AMOUNTS AND SPECIFY ITEMS: (ATTACH ADDITIONAL SHEET(S), IF NEEDED)

ITEM                              AMOUNT
1. VIOLATION OF CIVIL RIGHTS  $ 200,000
2. EMOTIONAL DISTRESS         $ 50,000
3. ASSUALT                    $ 100,000
4. _____                $ _____
5. _____                $ _____

PLEASE ATTACH COPIES OF SUPPORTING DOCUMENTATION, PREVIOUS CORRESPONDENCE, INVOICES, ETC.

CLAIMANT'S SIGNATURE: Gene Ragusa

SS: STATE OF N.Y.
    CITY OF N.Y.  SUBSCRIBED AND SWORN TO BEFORE ME THIS 24 DAY OF Sept, 2011

NOTARY

TO: OFFICE OF THE COMPTROLLER
    DIVISION OF LAW - RM.1225 South
    1 CENTRE STREET
    NEW YORK, N.Y. 10007
    TELEPHONE # (212) 669-4736

ANGELA M. SISTO
Notary Public, State of New York
No. 24-4801896
Qualified in Kings County
Commission Expires July 31, 2012

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

| | |
|---|---|
| VIOLATION OF CIVIL RIGHTS | $ 200,000 |
| EMOTIONAL DISTRESS | $ 50,000 |
| ASSAULT | $ 100,000 |
| DISCRIMINATION | $ 50,000 |
| TOTAL COMPENSATION | $ 400,000 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 27 day of SEPTEMBER 2012

Signature of Plaintiff    *[signature]*

Mailing Address    741 AVENUE Y
BROOKLYN, N.Y. 11235

Telephone Number    (718) 775-4282

Fax Number *(if you have one)* _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____