
Case 1:12-cv-07294-VEC-SN    Document 20    Filed 04/12/13    Page 1 of 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE RAGUSA

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CITY OF NEW YORK, RAYMOND KELLY, INDIVIDUALLY AND IN HIS CAPACITY AS COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, MICHAEL BLOOMBERG, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF THE CITY OF NEW YORK, AND MATHEW PERONE, AHMED KHAN, AND KEVIN DIMINO, INDIVIDUALLY AND IN THEIR CAPACITIES AS OFFICERS OF THE NEW YORK CITY POLICE DEPARTMENT

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

CIVIL ACTION NO.
12 7294 (CM)

AMENDED COMPLAINT

Jury Trial: ☐ Yes  ☒ No
(check one)

42 U.S.C. 1983
VIOLATION OF CIVIL RIGHTS

CIVIL RIGHTS ACT OF 1964 TITLE VI
DISCRIMINATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/12/13

### I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  GENE RAGUSA
Street Address  741 AVENUE Y
County, City  KINGS COUNTY   BROOKLYN
State & Zip Code  NEW YORK  11235
Telephone Number  718-775-4282

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  CITY OF NEW YORK
Street Address  C/O NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Rev. 05/2010

                County, City _NEW YORK     NEW YORK_
                State & Zip Code _NEW YORK   10007_
                Telephone Number _(212) 788-0303_

Defendant No. 2   Name _RAYMOND KELLY, NYC POLICE COMMISSIONER_
                  Street Address _C/O NEW YORK CITY LAW DEPARTMENT_
                  County, City _100 CHURCH STREET   NEW YORK COUNTY_
                  State & Zip Code _NEW YORK  10007_
                  Telephone Number _(212) 788-0303_

Defendant No. 3   Name _MICHAEL BLOOMBERG, NYC MAYOR_
                  Street Address _C/O NEW YORK CITY LAW DEPARTMENT_
                  County, City _100 CHURCH STREET NEW YORK COUNTY_
                  State & Zip Code _NEW YORK  10007_
                  Telephone Number _(212) 788-0303_

                                                    _SHIELD #30004_
Defendant No. 4   Name _MATHEW PERONE, NYC POLICE OFFICER_
                  Street Address _61st PRECINCT 2575 CONEY ISLAND AVENUE_
                  County, City _KINGS COUNTY    BROOKLYN_
                  State & Zip Code _NEW YORK  11223_
                  Telephone Number _(718) 627-6611_

                                                    (CONTINUED)
II.   **Basis for Jurisdiction:**                   ON NEXT PAGE

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☒ Federal Questions          ☐ Diversity of Citizenship

             _42 U.S.C. 1983 VIOLATIONS OF CIVIL RIGHTS_
B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _4th AMENDMENT TO U.S. CONSTITUTION_
        _14th AMENDMENT TO U.S. CONSTITUTION_
        _5th AMENDMENT TO U.S. CONSTITUTION_
        _TITLE VI OF CIVIL RIGHTS ACT OF 1964_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

B. LIST ALL DEFENDANTS (CONTINUED)

DEFENDANT NO. 5   NAME: AHMED KHAN, NYC POLICE OFFICER   SHIELD NO. 2341
STREET ADDRESS: 61st PRECINCT
2575 CONEY ISLAND AVENUE
COUNTY, CITY: KINGS COUNTY BROOKLYN
STATE & ZIP CODE: NEW YORK 11223
PHONE: (718) 627-6611

DEFENDANT NO. 6   NAME: KEVIN DIMINO, NYC POLICE OFFICER   SHIELD NO. 8394
STREET ADDRESS: 123rd PRECINCT
116 MAIN STREET
COUNTY, CITY: STATEN ISLAND TOTTENVILLE
STATE & ZIP CODE: NEW YORK 10307
PHONE: (718) 948-9311

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? WHILE DRIVING MY CAR ON AVENUE Y IN BROOKLYN, NEW YORK

B. What date and approximate time did the events giving rise to your claim(s) occur? JUNE 29, 2011 AT APPROXIMATELY 12:00 MIDNIGHT

C. Facts: [What happened to you?] PLAINTIFF WAS DRIVING HIS CAR TO HIS HOME ON AVENUE Y IN BROOKLYN WHEN HIS CAR WAS STOPPED BY PLAINCLOTHES NYC POLICE OFFICERS MATHEW PERONE, AHMED KHAN, AND KEVIN DIMINO WITHOUT PROBABLE CAUSE OR SUSPICION THAT PLAINTIFF [Who did what?] HAD COMMITTED A TRAFFIC OFFENSE OR A CRIMINAL OFFENSE. PLAINTIFF WAS UNLAWFULLY DETAINED AND SEARCHED BY SAID OFFICERS AND PLAINTIFF'S CAR WAS UNLAWFULLY DETAINED AND SEARCHED BY SAID [Was anyone else involved?] OFFICERS IN VIOLATION OF HIS 4th, 5th, AND 14th AMENDMENT RIGHTS UNDER THE U.S. CONSTITUTION AND IN VIOLATION OF TITLE VI OF THE CIVIL RIGHTS ACT OF 1964. PLAINTIFF WAS STOPPED, DETAINED, AND SEARCHED UNDER COLOR OF LAW BY SAID OFFICERS PURSUANT TO AUTO AND [Who else saw what happened?] FRISK PROGRAM ADMINISTERED BY THE CITY OF NEW YORK, RAYMOND KELLY, IN HIS CAPACITY AS COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT, AND MICHAEL BLOOMBERG, IN HIS CAPACITY AS MAYOR OF THE CITY OF NEW YORK.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

EMOTIONAL DISTRESS
INABILITY TO SLEEP
TRAUMA AND NERVOUSNESS
PARANOIA AND FEAR OF DRIVING

*Rev. 05/2010*

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

| | |
|---|---|
| VIOLATION OF CIVIL RIGHTS | $200,000 |
| EMOTIONAL DISTRESS | 50,000 |
| ASSAULT | 100,000 |
| DISCRIMINATION | 50,000 |
| TOTAL COMPENSATION | $400,000 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of MARCH, 2013.

Signature of Plaintiff: Gene Ragusa

Mailing Address: 741 AVENUE Y
BROOKLYN, N.Y. 11235

Telephone Number: (718) 775-4282

Fax Number *(if you have one)*: 

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

### For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number: _____

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_GENE RAGUSA_____

(List the name(s) of the plaintiff(s)/petitioner(s).)

_12_ Civ. _7294_ (_CM_)(___)

- against -

**AFFIRMATION OF SERVICE**

_CITY OF NEW YORK, RAYMOND_
_KELLY, MICHAEL BLOOMBERG,_
_MATHEW PERONE, AHMED KHAN AND_

(List the name(s) of the defendant(s)/respondent(s).) _KEVIN DIMINO_

I, (print your name) _GENE RAGUSA_____, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): _____

_AMENDED COMPLAINT_____

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) _HAND DELIVERY_____ to the following persons (list the names and addresses of the people you served): _DMITRIY ARONOV,_
_SERVICE WINDOW CLERK, NEW YORK CITY LAW DEPARTMENT,_
_100 CHURCH STREET, N.N., N.Y. 10007, ATTORNEYS FOR_
_DEFENDANTS CITY OF NEW YORK, RAYMOND KELLY, AND_

on (date you served the document(s)) _4/12/13_____.   _MICHAEL BLOOMBERG_
_AT 11:00 A.M_

_4/12/13_____
Dated

Signature: _Gue Ragusa_

Address: _741 AVENUE Y_

City, State: _BROOKLYN, N.Y. 11235_

Zip: _11235_

Telephone Number: _718-775-4282_

E-Mail Address:

*Rev. 01/2013*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENE RAGUSA

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

12 Civ. 7294 (CM)(___)

- against -

**AFFIRMATION OF SERVICE**

CITY OF NEW YORK, RAYMOND KELLY, MICHAEL BLOOMBERG, MATHEW PERONE, AHMED KHAN AND KEVIN DIMINO

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* GENE RAGUSA, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: AMENDED COMPLAINT

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* HAND DELIVERY to the following persons *(list the names and addresses of the people you served)*: DMITRIY ARONOV, SERVICE WINDOW CLERK, NEW YORK CITY LAW DEPARTMENT, 100 CHURCH STREET, N.N., N.Y., 10007, ATTORNEYS FOR DEFENDANTS CITY OF NEW YORK, RAYMOND KELLY, AND MICHAEL BLOOMBERG

on *(date you served the document(s))* 4/12/13 AT 11:00 A.M.

4/12/13
Dated

Signature: Gene Ragusa
Address: 741 AVENUE Y
City, State: BROOKLYN, N.Y. 11235
Zip: 11235
Telephone Number: 718-775-4282
E-Mail Address:

*Rev. 01/2013*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__GENE RAGUSA__

(List the name(s) of the plaintiff(s)/petitioner(s).)

_12_ Civ. _7294_ (_CM_)(___)

- against -

**AFFIRMATION OF SERVICE**

CITY OF NEW YORK, RAYMOND KELLY, MICHAEL BLOOMBERG, MATHEW PERONE, AHMED KHAN AND
(List the name(s) of the defendant(s)/respondent(s).) KEVIN DIMINO

I, (print your name) __GENE RAGUSA__, declare under penalty of perjury that I served a copy of the attached (list the names of the documents you served): __AMENDED COMPLAINT__

upon all other parties in this case by (state how you served the documents, for example, hand delivery, mail, overnight express) __HAND DELIVERY__ to the following persons (list the names and addresses of the people you served): __DMITRIY ARONOV, SERVICE WINDOW CLERK, NEW YORK CITY LAW DEPARTMENT, 100 CHURCH STREET, N.N., N.Y. 10007, ATTORNEYS FOR DEFENDANTS CITY OF NEW YORK, RAYMOND KELLY, AND MICHAEL BLOOMBERG__

on (date you served the document(s)) __4/12/13__ AT 11:00 A.M

__4/12/13__
Dated

Signature: _Gene Ragusa_
Address: __741 AVENUE Y__
City, State: __BROOKLYN, N.Y. 11235__
Zip: __11235__
Telephone Number: __718-775-4282__
E-Mail Address: _____

Rev. 01/2013